# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.            Crim. No. 7:14-CR-114-1D

**AUDREY DEAN MCGIRT**

On October 19, 2012, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith            /s/ Thomas E. Sheppard
Eddie J. Smith            Thomas E. Sheppard
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                                   310 Dick Street
                                                                   Fayetteville, NC 28301-5730
                                                                   Phone: 910-354-2541
                                                                   Executed On: August 02, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __2__ day of __August__, 2016.

                                                          James C. Dever III
                                                          Chief U.S. District Judge